IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-CV-744 |
| PATRICK G. ZWEIFEL and AMY L. ZWEIFEL, | ) |
| Defendants. | ) |

**CONSENT JUDGMENT**

The complaint having been filed in this action on November 29, 2010, and the plaintiff and defendants having consented to the entry of this judgment,

NOW, THEREFORE, before the taking of any testimony on the pleadings and without further adjudication of any issues of fact or law in this action, and upon consent and agreement of the parties to this judgment,

IT IS ORDERED, ADJUDGED AND DECREED that:

1. This court has jurisdiction of the subject matter of this action. The complaint states a claim upon which relief may be granted under 28 U.S.C. § 1345;

2. Defendants, Patrick G. Zweifel and Amy L. Zweifel, are adults residing at 11628 Orfordville-Hanover Road, Orfordville, Wisconsin 53576, within the Western District of Wisconsin;

3. The defendants hereby agree to the entry of this consent judgment in the principal amount of $53,750 plus interest thereon at the legal rate from the date of this judgment until paid in full;

4. The defendants are jointly and severally liable for repayment of said $53,750, together with interest, to plaintiff;

5. Defendants shall submit a financial statement and a copy of their most recent federal income tax return(s) to the United States, upon its request periodically, for its use in determining defendants' ability to pay the $53,750, plus interest, and to establish a reasonable repayment schedule or to modify the same. An abstract of this judgment may be recorded among the records of the circuit court in the county of residence of the defendants and all other jurisdictions where it is determined by the plaintiff that either or both defendants own real or personal property.

Without notice, we consent to the entry of the foregoing consent judgment.

November 19, 2010
Date

/s/ Jeffrey D. Friebert
JEFFREY D. FRIEBERT
Attorney for defendants
Kreklor Strother, S.C.
15 North Pinckney Street, #200
Madison, WI 53701
608/258-8555

2

JOHN W. VAUDREUIL
United States Attorney

By:

November 29, 2010
Date

/s/ *Richard D. Humphrey*
RICHARD D. HUMPHREY
Assistant U. S. Attorney
660 West Washington Ave., Suite 303
P.O. Box 1585
Madison, WI 53703-2567
608/264-5158
Fax: 608/264-5724
Email: richard.humphrey@usdoj.gov

Approved as to form this  15th  day of December, 2010.

BARBARA B. CRABB, DISTRICT JUDGE

Judgment entered this  21st  day of December, 2010.

PETER OPPENEER, CLERK

3